# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| MARK HAMMOND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:11CV53–HEH |
| KELLY MORLEY, *et al.*, | ) |
| Defendants. | ) |

## ORDER
**(Granting Defendant Morley's Motion for Partial Judgment on the Pleadings)**

THIS MATTER is before the Court on Defendant Morley's Motion for Partial Judgment on the Pleadings (Dk. No. 11). For the reasons set forth in the accompanying Memorandum Opinion, the motion is GRANTED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 8, 2011
Richmond, VA