IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK HAMMOND,

    Plaintiff,

v.                                                Case No. 3:11cv53

KELLY MORLEY AND ANTHONY
CATOGGIO,

    Defendants.

## STIPULATION OF DISMISSAL

NOW COMES the parties, by counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, represent to the Court that they agree and stipulate that this action shall be dismissed with prejudice, and that neither party shall be regarded as a prevailing party in this action for any purpose, and that each party shall bear their own costs and attorney fees incurred in this action.

IT IS SO ORDERED.

ENTER: Aug / 22 / 2011

BY: /s/ _____
           Judge

We ask for this:

_____
David P. Corrigan (VSB No. 26341)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200
804-747-6085 – facsimile
*Counsel for Anthony Catoggio*

1

_____
Robert H. Smallenberg, Esq.
Metropolitan Law Center, PLC
10035 Sliding Hill Road, Suite 204
Ashland, VA 23005
*Counsel for plaintiff*

_____
Brian K. Telfair, Esq.
City of Richmond
Office of the City Attorney
900 E. Broad Street, Room 300
Richmond, VA 23219

_____
Cullen D. Seltzer, Esq.
Sands Anderson
1111 E. Main Street
Suite 2400
Richmond, VA 23219
*Counsel for Kelly Morley*